# DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133  Fax:(800) 578-7223
Print Date: November 08, 2023



## FIREARMS TRACE SUMMARY

**Trace Number:** T20230599835    **Request Date:** November 08, 2023    **Completion Date:** November 08, 2023

DAVID GRUNEWALD
BATON ROUGE FIELD OFFICE
5757 CORPORATE BLVD STE 300
BATON ROUGE, LA 70808
PHONE: (225) 231-6620 Ext:
FAX (225) 231-6650

**Badge No:**
**Investigation No:** 777010-22-0103

DAVID GRUNEWALD
E BATON ROUGE PARISH SHERIFF'S
8900 JIMMY WEDELL DRIVE
BATON ROUGE, LA 70807
PHONE: (225) 389-5000 Ext:
FAX (225) 389-5032

**Badge No:** S0332
**Investigation No:** 22-035765

### FIREARM INFORMATION
**Manufacturer:** GLOCK GMBH
**Model:** 26GEN5
**Caliber:** 9
**Serial Number:** AGPR710
**Type:** PISTOL
**Country:** AUSTRIA
**Importer:** GLOCK INC, SMYRNA GA
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION
**Recovery Date:** 07/08/2022
**Time to Crime:** 133 days

▮ N 49TH ST
BATON ROUGE, LA 70802
**Possessor:**
**DOB:**
**POB:**

### PURCHASER INFORMATION
**Purchase Date:** 02/25/2022
▮ ▮ WILLIAMS
▮ MYRTLEWOOD DR
BATON ROUGE, LA 70812-0000
**DOB:** ▮/1995
**POB:** BATON ROUGE, LA UNITED STATES
**Race:** ▮
**Sex:** ▮
**Height:** ft in
**Weight:** lbs
**ID 1:** LA DRIVER'S LICENSE: ▮
**ID 2:**

### DEALER INFORMATION
**FFL:** 57235768
JIMS FIREARMS, INC
5760 SIEGEN LN SUITE A
BATON ROUGE, LA 70809-0000
**Phone:** (225) 293-5467    **Ship-To-Date:**
Ext:

Contact the local ATF office for additional information.

### ADMINISTRATIVE INFORMATION

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**

The information in this report must be validated prior to use in any criminal proceedings.